# ELECTRONIC RECORD

COA # 04-13-00708-CR    OFFENSE: INDECENCY W/CHILD

STYLE: ENRIQUE GONZALEZ, JR. V. THE STATE OF TEXAS    COUNTY: DUVAL

COA DISPOSITION: AFFIRMED    TRIAL COURT: 229TH DISTRICT COURT

DATE: 12/10/14    Publish: NO    TC CASE #: 12-CRD-36

# IN THE COURT OF CRIMINAL APPEALS

## ELECTRONIC RECORD

STYLE: ENRIQUE GONZALEZ, JR. V. THE STATE OF TEXAS    CCA #: 36-15

_____APPELLANT'S_____ Petition FOR DISCRETIONARY REVIEW IN CCA IS: _____REFUSED,_____

DATE: 04/01/2015

JUDGE: _Per Curiam_

CCA Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____ PC: _____

PUBLISH: _____ DNP: _____

----------------------------

_____APPELLANT'S_____ MOTION FOR REHEARING IN CCA IS: denied May 20, 2015

JUDGE: PC

COA No. 04-13-00708-CR
PD-0036-15

5/29/2015
GONZALEZ, ENRIQUE JR.    Tr. Ct. No. 12-CRD-36

Pursuant to Rule 69.4(a) T.R.A.P., the record is returned to the court of appeals.

Abel Acosta, Clerk

4TH COURT OF APPEALS  CLERK
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, THIRD FLOOR
SAN ANTONIO, TX 78205-3037
* DELIVERED VIA E-MAIL *